UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY R. SMITH,

    Plaintiff,

v.

SPARTANNASH COMPANY, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1187

Hon. Hala Y. Jarbou

## ORDER

On October 9, 2025, Magistrate Judge Sally J. Berens issued a report and recommendation ("R&R") that the Court dismiss Smith's federal claims for failure to state a claim and decline to exercise supplemental jurisdiction over Smith's state law claims. (ECF No. 8.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 23, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: November 3, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE